# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                   Case No. 1:16cr6-MW/GRJ

ROSALIO MORALES-COTA,

    *Defendant.*

_____/

## ORDER ACCEPTING GUILTY PLEA

The Report and Recommendation of the United States Magistrate Judge, ECF No. 24, filed May 24, 2016, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement under Fed. R. Crim. P. 11(e)(2), the plea of guilty of Defendant Rosalio Morales-Cota to Count One and Count Three of the indictment is **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on May 25, 2016.**

                                           s/Mark E. Walker  
                                           **United States District Judge**